1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8                                       * * * * *

9    RONALD MOORE,                          )
                                            )
10                  Plaintiff,              )              3:09-cv-00098-LRH-RAM
                                            )
11   v.                                     )
                                            )              O R D E R
12   HUGH ROY MARSHAL, et al.,               )
                                            )
13                  Defendants.             )
     _____ )

14

15         Before this Court is the Report and Recommendation of U.S. Magistrate Judge Robert A.

16   McQuaid, Jr., (#17[1]) entered on October 16, 2009, recommending dismissal of this case without

17   prejudice for failure to effect timely service, made pursuant to 28 U.S.C. § 636(b)(1) and Local Rule

18   1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.  Plaintiff

19   filed his Objection to Report and Recommendation by U.S. Magistrate Judge McQuaid  (#18) on

20   November 2, 2009, another objection (#20) on November 16, 2010 and a third objection (#44) on June

21   30, 2010.

22         The Court has conducted its *de novo* review in this case, has fully considered the objections

23   of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record

24   pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court determines that the

25   _____

26         [1]Refers to court's docket number.

1  Magistrate Judge's Report and Recommendation (#17) entered on October 16, 2010, should be adopted

2  and accepted.

3       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation

4  (#17) entered on October 16, 2010, is adopted and accepted, and this matter is DISMISSED

5  WITHOUT PREJUDICE for failure to effect timely service.

6       IT IS SO ORDERED.

7       DATED this 9th  day of September, 2010.

8

9

10                    _____

11                    LARRY R. HICKS
                  UNITED STATES DISTRICT JUDGE

2