AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF     NEVADA

RONALD MOORE,

        Plaintiff,

V.

HUGH ROY MARSHAL, et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:09-CV-98-LRH-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITHOUT PREJUDICE for failure to effect timely service.

September 13, 2010                           **LANCE S. WILSON**
      Date                                   Clerk

                                    /s/   M. Campbell
                                    Deputy Clerk